**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**WHITE PLAINS DIVISION**

| | |
|---|---|
| JUSTIN GEORGE, ARIENNE PATZELT, MELISSA ZUBER, and TSU HAN POH-GRACIA, as representatives of a class of similarly situated persons, and on behalf of the Garnet Health Medical Center 403(b) Retirement Savings Plan and Garnet Health Medical Center – Catskills 403(b) Retirement Savings Plan <br><br> Plaintiffs <br><br> v. <br><br> GARNET HEALTH MEDICAL CENTER, Defendant. | Case No. 7:24-cv-6422-PMH <br><br> **DEFENDANT'S NOTICE** <br> **OF MOTION TO DISMISS** |

PLEASE TAKE NOTICE that, upon the attached Declaration of Lindsey Chopin in Support of Defendant's Motion to Dismiss and the exhibits attached thereto and the accompanying Memorandum of Law In Support of Motion to Dismiss, Defendant, Garnet Health Medical Center, by and through its attorneys, will move this Court, before the Honorable Halpern, at a date and time to be determined by the Court, for an Order dismissing Plaintiffs' First Amended Complaint in its entirety and with prejudice as a matter of law pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that answering papers and declarations, if any, are required to be served upon the undersigned in accordance with the timeline set forth in S.D.N.Y. Local Civil Rule 6.1(b) or any briefing schedule issued by the Court.

Dated: February 10, 2025        Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Caterina Catalano*
Joseph Anthony Saccomano, Jr
Joseph.Saccomano@jacksonlewis.com
Caterina Catalano
Caterina.Catalano@jacksonlewis.com
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone:    (914) 872-8060
Facsimile:    (914) 946-1216

Howard Shapiro*
Howard.Shapiro@jacksonlewis.com
Lindsey H. Chopin*
Lindsey.Chopin@jacksonlewis.com
Alex E. Hotard*
Alex.Hotard@jacksonlewis.com
601 Poydras Street, Suite 1400
New Orleans, Louisiana 70130
Telephone:    (504) 208-1755
Facsimile:    (504) 208-1759

## CERTIFICATE OF SERVICE

On this day February 10, 2025, the undersigned caused the foregoing document to be served upon counsel of record for Plaintiffs via electronic email.

*/s/ Caterina Catalano*
Caterina Catalano

4927-5480-1686, v. 1

2