UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

| | |
|---|---|
| JUSTIN GEORGE, ARIENNE PATZELT, MELISSA ZUBER, and TSU HAN POH-GRACIA, as representatives of a class of similarly situated persons, and on behalf of the Garnet Health Medical Center 403(b) Retirement Savings Plan and Garnet Health Medical Center - Catskills 403(b) Retirement Savings Plan,<br><br>      Plaintiffs,<br><br>v.<br><br>GARNET HEALTH MEDICAL CENTER,<br><br>      Defendant. | Case No. 7:24-cv-6422-PMH |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Justin George, Arienne Patzelt, Melissa Zuber, and Tsu Han Poh-Gracia jointly with Defendants Garnet Health Medical Center (collectively, "Parties") respectfully give notice to the Court that they have reached a settlement in principle on a class-wide basis. Counsel for the Parties are in the process of preparing and finalizing a global Settlement Agreement and Motion for Preliminary Approval, which will be filed on or before October 31, 2025.

Dated: September 1[...]

**JACKSON LEWI[S**

/s/ Lindsey H. Chop[in]
Howard Shapiro                                                        4876272*
Lindsey H. Chopin                                                     396298**
Alex E. Hotard                                                        402656**
Tim P. Doolin                                                         Suite 200
601 Poydras Street, [...]

---

In light of the parties' notice of settlement, all deadlines in this matter are adjourned sine die. The case management conference scheduled for February 9, 2026 is adjourned sine die. The pending motion to dismiss (Doc. 40) is deemed withdrawn without prejudice to reinstatement. The parties shall file the motion for preliminary approval and settlement agreement, or a letter advising of the status of settlement, on or before October 31, 2025. The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 40).

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated: White Plains, New York
           September 18, 2025

New Orleans, LA 70130
Telephone: (504) 208-1755
Howard.Shapiro@jacksonlewis.com
Lindsey.Chopin@jacksonlewis.com
Alex.Hotard@jacksonlewis.com
Tim.Doolin@jacksonlewis.com

Joseph A. Saccomano, Jr.
Caterina Catalano
**JACKSON LEWIS P.C.**
44 South Broadway, 14th Floor
White Plains, NY 10601
Telephone: (914) 872-8060
Facsimile: (914) 946-1216
Joseph.saccomano@jacksonlewis.com
Caterina.Catalano@jacksonlewis.com

*Attorney for Defendants Garnet Health Medical Center*

Telephone: (612) 305-8349
jlee@engstromlee.com
cengstrom@engstromlee.com
seiden@engstromlee.com

**JAMES WHITE FIRM LLC**

James H. White IV, AL Bar No. 3611I58J **
2100 Morris Avenue
Birmingham, AL 35203
Telephone: (205) 317-2551
james@whitefirmllc.com

*Admitted in S.D.N.Y.
**Admitted *Pro Hac Vice*

*Attorney for Plaintiffs Justin George, Arienne Patzelt, Melissa Zuber, and Tsu Han Poh-Gracia*

2